IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiffs, | ) | |
| VS. | ) | NO. 03-CR-30083-01-DRH |
| VICTOR S. MILLER, | ) | |
| Defendant. | ) | |

## AMENDED ORDER SETTING CONDITIONS OF RELEASE

**HERNDON, Chief Judge**

On June 24, 2009, the Court held a hearing on the motion for revocation of supervised release. Based on the record, the Court finds that Miller is still in need of treatment and that revocation is not appropriate at this time. Thus, the Court **CONTINUES** the matter until **Friday, December 18, 2009 at 9:30 A.M.**. Miller shall be released on bond with the same conditions of his supervised release and the additional conditions set forth below.

The Court orders the defendant to be monitored for a period of 6 months by Radio Frequency Monitoring and shall abide by all technology requirements. The defendant shall pay all or part of the costs of participation in the location monitoring program as directed by the court and/or the pretrial services or probation officer.

This form of location monitoring shall be utilized to monitor the following restriction on the defendant's movement in the community as well as other court-imposed conditions of release:

You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits;

court appearances; court-ordered obligations; or other activities as pre-approved by the officer (**Home Detention**)

The defendant shall submit his person to a remote alcohol testing system and comply with all program requirements for a period of 6 months as approved by the United States Probation Office. During this period, the defendant shall pay for all or part of the costs associated with this system as directed by the court and/or the probation officer.

The defendant shall perform 2 hours of community service as directed by the probation officer for each occasion that the defendant failed to report for substance abuse treatment and used alcohol while participating in substance abuse treatment. The defendant shall complete a total of 48 hours of community service by October 31, 2009.

**IT IS SO ORDERED.**

**DATED:** June 24, 2009

_____
CHIEF JUDGE
U.S. DISTRICT COURT

Acknowledged this 24th day of June, 2009.

_____
Victor S. Miller